**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>        Plaintiff(s),<br><br>    v.<br><br>2575 WEST PICO BOULEVARD, LLC , et al.<br><br><br><br>        Defendant(s). | CASE NO:<br>2:18–cv–07837–FMO–RAO<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: December 27, 2018            /s/ *Fernando M. Olguin*
                                             Fernando M. Olguin
                                             United States District Judge